UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESTATE OF MARK MADRIGALI and ADAM AYERS,<br><br>　　　　　Defendants. | No. 1:16-cv-00651-DAD-JLT<br><br>ORDER REGARDING DEPOSIT OF FUNDS IN AN INTERPLEADER ACTION<br><br>(Doc. No. 7) |

　　　　Plaintiff Transamerica Life Insurance Company ("TLIC") has filed the above-captioned interpleader action pursuant to Rule 22 of the Federal Rules of Civil Procedure.  The action relates to the proceeds of the life insurance policy issued by TLIC to Trivia Madrigali, policy number 600495264.  Pursuant to the Local Rules of this court, leave has been granted for the making of deposits into the registry of the court in all interpleader actions.  *See* Local Rule 150(a).  Accordingly, TLIC or its authorized agent or representative may deposit with the Clerk of the Court a check made payable to the "Clerk, U.S. District Court for the Eastern District of California" in the amount of $75,000 plus any accrued interest.

IT IS SO ORDERED.

Dated:　**May 17, 2016**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1