UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>  Plaintiff-in-Interpleader,<br><br>  v.<br><br>ESTATE OF MARK MADRIGALI, et al.,<br><br>  Defendants-in-Interpleader. | Case No.: 1:16-cv-00651 DAD JLT<br><br>ORDER TO PLANTIFF TO SHOW CAUSE WHY SANCTIONS SHOUD NOT BE IMPOSED |

On May 5, 2016, the plaintiff-in-interpleader filed the instant action. (Doc. 1) On the same day, the Court issued the summonses (Doc. 5) and its order setting the mandatory scheduling conference to occur on August 9, 2016. (Doc. 6) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 6 at 1-2, emphasis added) Nevertheless, Plaintiff has not filed a proof of service of the summons and complaint as to the Estate of Mark Madrigali. Therefore, the Court **ORDERS**,

1. No later than **August 4, 2016**, the plaintiff SHALL show cause why sanctions should

1

not be imposed for the failure to serve and file proof of service to the Estate of Mark Madrigali. Alternatively, within the same time period, the plaintiff may file proof of service of the action to the Estate of Mark Madrigali.[1]

**Plaintiff is reminded of the service obligations under Fed. R. Civ. P. 4.[2]  Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated:   **July 29, 2016**                       **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the complaint alleges that "The Estate of Mark Madrigali (the "Estate") is being administered or will be administered in Kern County, California." (Doc. 1 at 2) Thus, at least as of now, it appears that service may be accomplished.

[2] Fed. R. Civ. P. 4(m) requires the Court sua sponte to dismiss defendants who have not been served **within 90 days** of the filing of the complaint unless good cause is shown.