# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>ESTATE OF MARK MADRIGALI, ADAM AYERS, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants-in-Interpleader. | Case No. 1:16-cv-00651-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TRANSAMERICA LIFE INSURANCE COMPANY'S EX PARTE APPLICATION FOR AN ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE DATE AND RELATED DEADLINES AND FOR CONTINUANCE OF THE DEADLINE TO SERVE THE SUMMONS AND COMPLAINT**<br><br>(Doc. 13) |

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER
Case No. 1:16-cv-00651-DAD-JLT
36180623v1 0983839

# **ORDER**

Having considered Plaintiff-in-Interpleader's *Ex Parte* Application for an Order Continuing the Mandatory Scheduling Conference Date and Related Deadlines and for Continuance of the Deadline to Serve the Summons and Complaint, and finding good cause therefore:

IT IS HEREBY ORDERED that the *Ex Parte* Application is GRANTED.

The new deadlines will be reset as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Last Day to Serve Summons and Complaint | August 8, 2016 | November 7, 2016 |
| Last Day for Parties to confer pursuant to FRCP 26(f) | July 19, 2016 | November 23, 2016 |
| Joint Scheduling Report and Discovery Plan | August 2, 2016 | December 7, 2016 |
| Initial Disclosures | August 2, 2016 | December 7, 2016 |
| Scheduling Conference | August 9, 2016 | December 12, 2016 at 9:30 a.m. |

No later than **September 2, 2016 and every 30 days thereafter** (until service on the Estate of Mark Madrigali is achieved), the plaintiff SHALL file a report setting forth the status of service on the Estate of Mark Madrigali.

IT IS SO ORDERED.

Dated:  **August 2, 2016**          **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

[~~PROPOSED~~] ORDER
Case No. 1:16-cv-00651-DAD-JLT
36180623v1 0983839