# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>vs.<br><br>ESTATE OF MARK MADRIGALI, et al.,<br><br>        Defendants-in-Interpleader. | Case No. 1:16-cv-00651-DAD-JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 12) |

On July 29, 2016, the Court ordered the plaintiff to show cause why sanctions should not be imposed for its failure to file proof of service on the Estate of Mark Madrigali. (Doc. 12) This failure impeded the Court's ability to conduct the scheduling conference. Id.

The same day, the plaintiff filed an ex parte request to continue the scheduling order. (Doc. 13) The request was based upon the delay in serving the Estate of Mark Madrigali caused by the need for the plaintiff to petition the Kern County Probate Court to administer the estate and to appoint the public administrator. (Doc. 13 at 3)  The Court granted the request and reset the scheduling conference. (Doc. 14)  Thus, good cause appearing, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

    Dated:   **August 4, 2016**                **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE