# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>vs.<br><br>ESTATE OF MARK MADRIGALI, et al.,<br><br>        Defendants-in-Interpleader. | Case No. 1:16-cv-00651-DAD-JLT<br><br>**ORDER EXTENDING DEADLINE BY WHICH PLAINTIFF SHALL ACCOMPLISH SERVICE** |

On September 2, 2016, the plaintiff reported on the status of its efforts to serve the Estate of Mark Madrigali. (Doc. 19) Plaintiff has sought to have the Kern County Public Administrator appointed as the administrator of the estate but due to recent discovery of a possible will and the inability to locate the original will, the hearing on the matter will not occur until December 8, 2016. Based upon these facts, the Court **ORDERS**:

1. <u>**No later than January 6, 2017**</u>, plaintiff **SHALL** serve and file proof of service on the Estate of Mark Madrigali or file a status report describing the efforts to serve the estate;

*///*

///

///

///

///

2. The mandatory scheduling conference is continued to **February 14, 2016** at 9:00 a.m. All other requirements of the Order Setting Mandatory Scheduling Conference (Doc. 6) remain in force.

IT IS SO ORDERED.

Dated:   **September 8, 2016**                **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

2

[PROPOSED] ORDER
Case No. 1:16-cv-00651-DAD-JLT
36180623v1 0983839