UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>            Plaintiff-in-Interpleader,<br><br>    v.<br><br>ESTATE OF MARK MADRIGALI, ADAM AYERS, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants-in-Interpleader. | No. 1:16-cv-00651-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT-IN-INTERPLEADER'S COUNTERCLAIM WITHOUT PREJUDICE<br><br>(Doc. No. 22) |

On September 20, 2016, the parties filed a joint stipulation dismissing defendant-in-interpleader's counterclaim, which was included in his answer (Doc. No. 20), from this action without prejudice. (Doc. No. 22.) In light of the parties' stipulation, defendant-in-interpleader's counterclaim has been dismissed from this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to terminate defendant-in-interpleader's counterclaim from this action.

IT IS SO ORDERED.

Dated:  **October 4, 2016**

UNITED STATES DISTRICT JUDGE

1