# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　vs.<br><br>ESTATE OF MARK MADRIGALI, ADAM AYERS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader. | Case No. 1:16-cv-00651-DAD-JLT<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# [PROPOSED] ORDER

Having reviewed the stipulation of the parties, and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the mandatory scheduling conference currently set for February 14, 2017 is continued to **March 31, 2017**. All other requirements of the Order Setting Mandatory Scheduling Conference (Doc. 6) remain in force.

IT IS SO ORDERED.

Dated: **January 27, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE
Case No. 1:16-cv-00651-DAD-JLT
**Error! Unknown document property name.**

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800