**FILED**

FEB 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | No. 1:16-cv-00651-DAD-JLT |
| Plaintiff, | |
| v. | ORDER DISBURSING FUNDS PURSUANT TO STIPULATION AND DISMISSING CASE WITH PREJUDICE |
| ESTATE OF MARK MADRIGALI and ADAM AYERS, | |
| Defendants. | |

On May 17, 2016, this court issued an order in this interpleader action permitting the deposit of $75,000 plus interest in funds payable as the result of a life insurance policy into the registry of court. (Doc. No. 8.) On February 21, 2017, the parties filed a stipulation concerning the disbursement of the money deposited with the court (totaling $76,471.58) and agreeing to dismiss the case with prejudice. (Doc. No. 28.)

Pursuant to Local Rule 150(h) and the parties' stipulation, the court now directs the Clerk of the Court to disburse those funds as follows:

1. The Clerk of the Court shall disburse $35,934.39 to plaintiff Transamerica Life Insurance policy payable to "Transamerica Life Insurance Company" and sent to Vivian I. Orlando, Esq., Hinshaw & Culbertson, LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California, 90071.

1

2. The Clerk of the Court shall thereafter disburse the remainder of the funds on deposit with this court to defendant Ayers, via a check made payable to "Larry L. Fields" and sent to Larry L. Fields, 2112 17th Street, Bakersfield, California, 93301.

Pursuant to the stipulations of the parties, this action is dismissed with prejudice and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __February 22, 2017__          *Dale A. Drod*
                                      UNITED STATES DISTRICT JUDGE